B6C (Official Form 6C) (4/13)

In re   Charles John Klepczynski,
        Erin Elizabeth Flynn-Klepczynski

Case No. 15-16611

Debtors

**A**mended **SCHEDULE C - PROPERTY CLAIMED AS EXEMPT**

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ■ 11 U.S.C. §522(b)(2)
- ☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking Account: 6801<br>Location: Police and Fire Federal Credit Union<br>901 Arch Street<br>Phila, PA 19107 | 11 U.S.C. § 522(d)(5) | 600.00 | 600.00 |
| Checking Account: 5378<br>Location: American Heritage FCU<br>2060 Red Lion Road<br>Phila, PA 19115 | 11 U.S.C. § 522(d)(5) | 0.21 | 0.21 |
| **Household Goods and Furnishings** | | | |
| Furniture: 3 Sofa's, love seat, dining room set, kitchen set, 3 bedroom sets<br>Location: 2925 Teesdale Street Philadelphia, PA 19152 | 11 U.S.C. § 522(d)(3) | 4,000.00 | 4,000.00 |
| Appliances: Microwave, Refrigerator, Washer, Dryer<br>Location: 2925 Teesdale Street Philadelphia, PA 19152 | 11 U.S.C. § 522(d)(3) | 900.00 | 900.00 |
| Household: Household Goods, Kitchenware, China<br>Location: 2925 Teesdale Street Philadelphia, PA 19152 | 11 U.S.C. § 522(d)(3) | 800.00 | 800.00 |
| Audio-Video: 2 TV's, Stereo<br>Location: 2925 Teesdale Street Philadelphia, PA 19152 | 11 U.S.C. § 522(d)(3) | 800.00 | 800.00 |
| Office: 1 Laptop, 1 printer/fax<br>Location: 2925 Teesdale Street Philadelphia, PA 19152 | 11 U.S.C. § 522(d)(3) | 700.00 | 700.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books-Music: Books, Music, DVD<br>Location: 2925 Teesdale Street Philadelphia, PA 19152 | 11 U.S.C. § 522(d)(3) | 100.00 | 100.00 |
| **Wearing Apparel** | | | |
| Clothes: Attire for Self and Spouse<br>Location: 2925 Teesdale Street Philadelphia, PA 19152 | 11 U.S.C. § 522(d)(3) | 600.00 | 600.00 |
| **Furs and Jewelry** | | | |
| Jewelry: Wedding Ring, Engagement Ring<br>Location: 2925 Teesdale Street Philadelphia, PA 19152 | 11 U.S.C. § 522(d)(4) | 1,500.00 | 1,500.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  Charles John Klepczynski,
       Erin Elizabeth Flynn-Klepczynski

Case No. 15-16611

Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Sports-Hobby: Baseball Equipment<br>Location: 2925 Teesdale Street Philadelphia, PA 19152 | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |
| **Interests in Insurance Policies** | | | |
| Insurance: Term Life<br>Location: MetLife<br>200 Park Ave<br>New York, NY 10166 | 11 U.S.C. § 522(d)(7) | 0.00 | 0.00 |
| Insurance: Term life<br>Location: Met life<br>200 Park Ave<br>New York, NY 10017 | 11 U.S.C. § 522(d)(7) | 0.00 | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Retirement: Company Contributed Retirement Plan<br>Location: TIAA CREF Financial Services | 11 U.S.C. § 522(d)(5) | 182.96 | 182.96 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Tax Refund Est: Tax refund | 11 U.S.C. § 522(d)(5) | 1,500.00 | 1,500.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| Auto: 2007, VW, Passat, 120,000, Fair<br>Location: 2925 Teesdale Street Philadelphia, PA 19152 | 11 U.S.C. § 522(d)(2) | 2,250.00 | 2,250.00 |
| Auto: 2004, Kia, Sedona, 82,000, Fair<br>Location: 2925 Teesdale Street Philadelphia, PA 19152 | 11 U.S.C. § 522(d)(2) | 3,000.00 | 3,000.00 |
| | **Total:** | 17,033.17 | 17,033.17 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy